B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA

In re  John Brooke Gianeskis          ,           Case No. 21-10120-KKS

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HEADLANDS RESIDENTIAL OWNER TRUST, SERIES D | Wilmington Savings Fund Society, FSB, d/b/a Christia Christiana Trust, not individually but as trustee for Hilldale Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BSI Financial Services
Customer Care
314 S Franklin St, 2nd Floor
Titusville, PA 16354

Phone: 800-327-7861
Last Four Digits of Acct #: 0151

Court Claim # (if known): 1
Amount of Claim: $161,065.25
Date Claim Filed: 9/9/21

Phone: (312) 291-3781
Last Four Digits of Acct. #: 6372

Name and Address where transferee payments should be sent (if different from above):

Via First Class Mail
BSI Financial Services
PO Box 679002
Dallas, TX 75267-9002

Via Priority or Overnight Mail
BSI Financial Services
Lockbox Number 679002
1200 E. Campbell Rd. Ste. 108
Richardson, TX 75081

Phone: 800-327-7861
Last Four Digits of Acct #: 0151

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Marc Marra, Esq. /S/ Marc Marra         Date: 02/01/22
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.